THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MICHAEL COMPARETTO, Appellant.

Submitted May 16, 1949; decided May 26, 1949.

*Michael Comparetto,* appellant in person.

*Miles F. McDonald, District Attorney* (*Solomon A. Klein* of counsel), for respondent.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE. FULD and BROMLEY, JJ.